IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONTINENTAL CASUALTY COMPANY                                                          PLAINTIFF

VS.                              CASE NO. 4:04CV002309 JMM

JEWELL, MOSER, FLECTHER, &
HOLLEMAN, A PROFESSIONAL ASSOCIATION, ET AL.                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that no coverage exists under the Jewell, Moser, Fletcher & Holleman Policy or the Bobby Keith Moser's Lawyer Professional Liability Policy for the actions taken by Bobby Keith Moser involving the Michael Dewayne Sims Family Trust.

IT IS SO ORDERED this 11 day of August, 2005.

_____
James M. Moody
United States District Court